AO 245D   Judgment in a Criminal Case for Revocations
(Rev. 12/19)   Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| MCKYLE L. HORTON | Case No. 4:23-MJ-130-001(CHW) |
| | USM No. 33244-512 |
| | Faith Mote, Federal Defenders of MDGA, Inc. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   1-7 and 10   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to report to the Probation Office as instructed | 01/10/2024 |
| 2 | Failure to follow instructions of the Probation Officer | 01/10/2024 |
| 3 | Failure to report to the Probation Office as instructed | 01/18/2024 |
| 4 | Leaving the judicial district without authorization | 12/23/2025 |
| 5 | Failure to reside at an approved residence | 12/23/2025 |
| 6 | Failure to notify the Probation Officer of a new arrest | 04/30/2024 |
| 7 | Failure to notify the Probation Officer of a new arrest | 12/23/2025 |
| 10 | Failure to complete community service hours as ordered | 01/12/2024 |

The defendant is sentenced as provided in pages 2 through   2  . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)   8-9   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   0287

Defendant's Year of Birth:   2003

City and State of Defendant's Residence:

Fort Mitchell, Alabama

January 20, 2026
Date of Imposition of Judgment

Signature of Judge

CHARLES H. WEIGLE
U.S. MAGISTRATE JUDGE
Name and Title of Judge

January 21, 2026
Date

AO 245D   Judgment in a Criminal Case for Revocations
Rev. 12/19   Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: MCKYLE L. HORTON
CASE NUMBER: 4:23-MJ-130-001(CHW)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 6 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____.
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____.
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL